# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

BAOL, s.r.o. and EURO MEDIA PARTNERS, llc

    Plaintiffs,

vs.

MEDIA WEST ENTERTAINMENT, Inc, and DAVID ALDORF,

    Defendants

**[PROPOSED] JUDGMENT**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** Plaintiffs' application for default judgment is hereby **GRANTED**, as follows:

**A. Damages**

To the extent the application seeks an award of statutory damages, the application is hereby **GRANTED**, and Plaintiffs shall have judgment against Defendants, jointly and severally, in the amount of $4,975,000.

**B. Injunctive Relief**

To the extent the application seeks a permanent injunction to prohibit future infringement, the application is hereby **GRANTED**. Defendants, their agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with them, are **ENJOINED** and restrained from reproducing, posting, selling, distributing, or making any other infringing use or infringing distribution of audiovisual works, photographs or other materials owned by, registered to or exclusively licensed to Plaintiffs.

**C. Attorneys' Fees**

To the extent the application seeks an award of attorneys' fees, pursuant to 17 U.S.C. §505, the application is hereby **GRANTED**. Defendants are ordered to pay Plaintiffs their attorneys' fees in the amount of $103,100.

**IT IS SO ORDERED.**

Dated: July 10, 2012

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE