D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

NOTE: CHANGES MADE BY THE COURT

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAOL, s.r.o. and EURO MEDIA PARTNERS, llc<br><br>    Plaintiffs,<br><br>           vs.<br><br>MEDIA WEST ENTERTAINMENT, Inc, and DAVID ALDORF,<br><br>    Defendants | CASE No.: CV 11-10138-RGK (PJWx)<br><br>[~~PROPOSED~~] ORDER OF SEIZURE |

Constant with this Court's minute Order entered on September 24, 2012 (ECF No. 50) the Court directs the United States Marshal upon receipt of 1) a copy of this Order, Form USM-285, and a deposit to cover the cost of executing this Order, to seize all materials in Defendants' possession or control that infringe upon Plaintiffs' copyrighted works enumerated in the Complaint, namely:

| | |
|---|---|
| *Cocky Friends* | *Dream Boy USA* |
| *Cover Boys* | *Horse Hung and Horny* |
| *Johan's Journal: Part I Sun* | *Police Boy* |
| *Kissed* | *Semen Obsession* |
| *Mating Season* | *The Power House* |
| *Some Like it Big 2* | *Young Apprentices* |
| *The Private Life of Ariel* | *Monster cocks* |
| *Vanean* | *Saddle Up* |
| *Todd and Dolph* | *Bareback Angel* |
| *Too Big to Fail* | *Bare Twinks* |
| *More Than You Can Handle* | *Breed Me Bitch* |
| *Taboo* | *Breeding Sex Club* |
| *Taboo2* | *Indecent Boys* |
| *Bad Boy Next Door* | *Raw Twink* |
| *Boot Camp* | *Twink Swallow 2* |
| *Camboy* | *Massive* |
| *Cum and Play* | |

The United States Marshal is directed to search for these materials at 972 Tierra Lane, Palm Springs, California and at 188 West San Rafael Drive, unit 304-F, Palm Springs, California. The Court directs the United States Marshal to turn over seized materials to Plaintiffs' Counsel D. Gill Sperlein to serve as custodian. Plaintiffs' Counsel D. Gill Sperlein shall inventory the materials and arrange for storage until further ordered by this Court or may at his discretion arrange for the destruction of the materials after taking a complete and accurate inventory.

The United States Marshal shall bear no liability for materials seized under the direction of this Order.

**IT IS SO ORDERED.**

Dated: October 10, 2012

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE