**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

FILED 2012 DEC 14 AM 10: 43 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY:

| | |
|---|---|
| BAOL, s.r.o. and EURO MEDIA PARTNERS, llc, <br><br> PLAINTIFF(S) <br> v. <br> MEDIA WEST ENTERTAINMENT, Inc, and DAVID ALDORF, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV-11-10138-RGK (PJWx) <br><br> **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

☒ State of California, County of San Francisco

☐ State of _____, County of _____

I, D. Gill Sperlein _____ hereby state under penalty of perjury that,

1. Judgment for $ 5,078,100.00 was entered on 07/11/2012 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of BAOL, s.r.o. and EURO MEDIA PARTNERS, llc, as Judgment Creditor, and against * See Addendum as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number n/a in the United States District Court for the n/a District of n/a and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Central District of California are the following sums:
   $ 0.00 accrued interest, computed at 0 % (See note.)
   $ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, State of California, this 12 date of December, _____.

*Signature*

*Note: Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)        AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

ADDENDUM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CV-11-10138-RGK (PJWx)

AFFIDAVIT AND REQUEST FOR ISSUANCE
OF WRIT OF EXECUTION

1. *MEDIA WEST ENTERTAINMENT, Inc, and DAVID ALDORF jointly and severally