UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-10138-RGK (PJWx) | Date | December 14, 2012 |
|---|---|---|---|
| Title | BAOL, s.r.o. et al. v. Media West Entertainment, Inc., et al. | | |

| Present: The Honorable | PATRICK J. WALSH |
|---|---|

| Celia Anglon-Reed | CS 12/14/2012 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Judgment Creditor: | Attorneys Present for Judgment Debtor: |
|---|---|
| D. Gill Sperlein | Paul Kelly, Esq. Specially Appearing |

**Proceedings:**     Judgment Debtor Examination

     Case called and counsel make their appearances. The Court asks judgment debtor's counsel to communicate to the judgment debtor (David Aldorf) that he is required to attend his judgment debtor examination once he is properly served with process, which he so far has successfully avoided. The judgment debtor can waive service, agree to allow his attorney to accept service on his behalf, or require the judgment creditor to personally serve him. If he elects the third option and requires the judgment creditor to personally serve him, he will be required to pay all costs and attorney's fees associated incurred in serving him. Counsel are to contact Court Room Deputy Clerk Celia Anglon-Reed the week of December 17th by phone at (213) 894-7883 or (213) 894-8958 to set up a telephonic hearing if any issues arise.

S:\PJW\Cases-X\BAOL v. Media West\MO_debtor exam of David Aldorf.wpd

                                                                                                                                      : 25

Initials of Preparer   ca